UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SO-SO DEF RECORDINGS, INC,<br>SO-SO DEF PRODUCTIONS, INC and<br>JERMAINE DUPRI MAULDIN p/k/a JERMAINE DUPRI<br>Plaintiffs<br>v.<br><br>SONY MUSIC ENTERTAINMENT<br>Defendant | Civil Action No.<br>26-cv-05732-JSR |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs voluntarily dismiss this action without prejudice as the parties have resolved the matter prior to joinder.

SO-SO DEF RECORDINGS, INC,
SO-SO DEF PRODUCTIONS, INC and
JERMAINE DUPRI MAULDIN p/k/a JERMAINE DUPRI
By Their Attorneys,

*Christopher Brown*

Christopher Brown
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
cbrown@brownrosen.com

Dated: August 28, 2026